JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROHITS, INC., ET AL., | CV 10-36 PA (Ex) |
| Plaintiffs, | JUDGMENT |
| v. | |
| DEEP DISH PRODUCTIONS, INC., ET AL., | |
| Defendants. | |

Pursuant to the Court's Minute Order of January 6, 2011 dismissing plaintiffs Microhits, Inc. and Ronald Magness' ("Plaintiffs") copyright infringement claim with prejudice for lack of standing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Deep Dish Productions, Inc. ("Defendant") shall have judgment in its favor against Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: January 6, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE