# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROHITS, INC., et al., | Case No. CV 10-00036-PA (Ex) |
| Plaintiffs, | |
| v. | **ORDER** |
| DEEP DISH PRODUCTIONS, INC., et al., | |
| Defendants. | |

Before the Court is an Ex Parte Application filed by plaintiff Microhits Inc. ("MICROHITS"). Good cause appearing, the Court finds and orders as follows:

The Court grants a stay on the enforcement of its August 8, 2011 Order awarding $69,414.50 in attorneys' fees, which stay shall remain in effect until September 10, 2011.

The Court finds that the amount of $86,768.12 is a sufficient supersedeas bond under Federal Rule of Civil Procedure 62(d).

Upon MICROHITS' deposit of $86,786.12 with the Clerk of the Court on or before September 10, 2011, the enforcement of the Court's August 8, 2011 attorneys' fees award shall be stayed pending conclusion of MICROHITS appeal.

DATED: August 23, 2011

_____
U.S. DISTRICT COURT JUDGE